IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>TINSLEY FAGAN,<br><br>               Defendant. | NO. 1:08-cr-00022 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date: April 14, 2008<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

The parties filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for March 31, 2008, may be continued to April 14, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow her additional time for initial review of discovery prior to hearing. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

|   |   |   |
|---|---|---|
| | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: March 27, 2008 | By: | /s/ Kevin P. Rooney<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: March 27, 2008 | By: | /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>TINSLEY FAGAN |

## **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 27, 2008**          /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference/
Motions Hearing  Order Thereon              −2−