DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINSLEY FAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00022 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| v. | ) ) | |
| TINSLEY FAGAN, | ) ) | Date: August 11, 2008 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing in the above-referenced matter now set for July 21, 2008, may be continued to August 11, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow for continuity of counsel because she is scheduled to be out of her office on July 21, 2008, the date now set for hearing. The requested continuance will conserve time and resources for all parties and the court.

///

 ///

///

///

///

Exclusion of time to complete sentencing is not required.

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: July 16, 2008                      By: /s/ Kevin P. Rooney
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED: July 16, 2008                      By: /s/ Francine Zepeda
                                              FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            TINSLEY FAGAN


**O R D E R**


IT IS SO ORDERED.

**Dated:   July 16, 2008**                      /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE