DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINSLEY FAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00022 AWI |
|---|---|---|
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE AT SENTENCING PROCEEDINGS; REQUEST FOR IMMEDIATE REMAND TO CUSTODY OF BUREAU OF PRISONS AND TRANSPORTATION TO FEDERAL FACILITY; ORDER THEREON |
| v. | ) | |
| TINSLEY FAGAN, | ) | |
| Defendant. | ) | |

The undersigned defendant, Tinsley Fagan, having been advised of his right to be present at all stages of the proceedings, including but not limited to post-trial proceedings and imposition of sentence, hereby waives his personal appearance at the sentencing proceeding.

Mr. Fagan has reviewed the Presentence Investigation Report (PSR) with his counsel and has reviewed the objections made on his behalf.  Mr. Fagan specifically waives his right to allocution and to be present at the time that the court imposes sentence in this cause on September 8, 2008.  He requests that the Court allow his attorney to represent him in court on that date and to accept the sentence on his behalf.  This request is made pursuant to Fed.R.Crim.P. 43(c)(2)and (3).

Defendant Fagan further requests that he be returned to the custody of the Bureau of Prisons and moved to a federal facility forthwith.

///

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this __13__ day
2  of August, 2008, at Fresno, California.

        /s/  Tinsley Fagan
        TINSLEY FAGAN

AGREED BY COUNSEL:

 /s/  Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

DATED: ~~August~~ Sept. __8__, 2008

## ORDER

**IT IS HEREBY ORDERED** that defendant TINSLEY FAGAN's presence at the sentencing hearing currently set for September 8, 2008, be waived and that his attorney be allowed to accept his sentence in his stead.

**IT IS FURTHER ORDERED** that defendant be remanded to the custody of the Bureau of Prisons and that he be transported to a federal facility forthwith.

IT IS SO ORDERED.

**Dated:   September 10, 2008**            /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE

Waiver of Personal Appearance at Sentencing Proceedings;
Request for Immediate Remand to B.O.P. and Transporta-
tion to Federal Facility; [Proposed] Order            -2-